OPINION — AG — ** UNCLAIMED PROPERTY — BUSINESS CORPORATION ACT — SHAREHOLDERS ** 60 O.S. 655 [60-655] OF THE UNIFORM DISPOSITION OF UNCLAIMED PROPERTY ACT IS 'NOT' APPLICABLE TO SHARES WHICH BECOME DISTRIBUTABLE IN THE COURSE OF A BUSINESS CORPORATION'S VOLUNTARY DISSOLUTION WHEN SHAREHOLDERS IDENTITIES OR WHEREABOUTS ARE UNKNOWN OR THE DISTRIBUTIVE SHARES REMAIN UNCLAIMED OR DISPUTED. RATHER, THE SPECIFIC PROVISIONS OF 18 O.S. 1.193 [18-1.193] ARE APPLICABLE AND CONTROLLING. (SAVINGS BANK, CORPORATION, ASSETS, OWNERSHIP, STOCKS, DEPOSITED) CITE: 18 O.S. 1.177 [18-1.177] — 18 O.S. 1.198B [18-1.198B], 18 O.S. 1.193 [18-1.193], 60 O.S. 655 [60-655], 60 O.S. 651 [60-651], 85 O.S. 149 [85-149] (PATRICIA M. GERRITY)